IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDELL L. McDONALD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-05-806-C |
| | ) | |
| DALTON JACKSON, | ) | |
| | ) | |
| Defendant | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on September 30, 2005. Plaintiff has submitted a "letter" requesting discontinuance of the action. The Court therefore adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the civil rights complaint is dismissed, without prejudice. A judgment will enter accordingly.

IT IS SO ORDERED this 10th day of November, 2005.

ROBIN J. CAUTHRON
United States District Judge