IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDELL L. McDONALD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CIV-05-806-C |
| ) | |
| DALTON JACKSON, ) | |
| ) | |
| Defendant ) | |

## JUDGMENT OF DISMISSAL

Upon consideration of the civil rights complaint filed herein, the Report and Recommendation of the Magistrate Judge, as well as Plaintiff's "letter" and the Court's accompanying Order Adopting Report and Recommendation,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint be and the same is hereby dismissed, without prejudice.

DATED this 10th day of November, 2005.

ROBIN J. CAUTHRON
United States District Judge